No. 90–7806. SINGH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–1505. TORRES, DBA LEGAL SECRETARIAL SERVICES, LTD., ET AL. v. ILLINOIS BELL TELEPHONE CO. ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 90–7541. OCCHICONE v. FLORIDA. Sup. Ct. Fla.; and
No. 90–7549. WILLIAMS v. ALABAMA. Sup. Ct. Ala. Certiorari denied. Reported below: No. 90–7541, 570 So. 2d 902; No. 90–7549, 571 So. 2d 338.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, Gregg v. Georgia, 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.

No. 89–839. ARIZONA v. FULMINANTE, 499 U. S. 279;
No. 89–6482. COOEY v. OHIO, 499 U. S. 954;
No. 90–1253. FASSE ET AL. v. HODGSON, 499 U. S. 948;
No. 90–1343. BOND v. ST. JOSEPH'S HOSPITAL, INC., ET AL., 499 U. S. 962;
No. 90–1350. BEN-PORAT ET AL. v. COMMISSIONER OF INTERNAL REVENUE, 499 U. S. 949;
No. 90–5414. LEE v. LOUISIANA, 499 U. S. 954;
No. 90–6759. MAGUIRE v. UNITED STATES, 499 U. S. 950;
No. 90–6807. MITCHELL v. JONES ET AL., 499 U. S. 925;
No. 90–6997. ALLEN v. UNITED STATES POSTAL SERVICE, 499 U. S. 951;
No. 90–7016. HIGH v. ZANT, WARDEN, 499 U. S. 954;
No. 90–7019. CHILDS v. LISKEY, 499 U. S. 951;
No. 90–7031. FISHER v. CHICAGO TRANSIT AUTHORITY ET AL., 499 U. S. 951;
No. 90–7062. CHRISTIAN v. PACIFIC GAS & ELECTRIC CO., 499 U. S. 952;
No. 90–7083. MARTIN v. FISHER ET AL., 499 U. S. 952;

No. 90–7101.   LUCARELLI *v.* SINICROPI ET AL., 499 U. S. 964;
No. 90–7143.   WILSON *v.* CLARKE, WARDEN, 499 U. S. 965; and
No. 90–7386.   IN RE GAMBLE, 499 U. S. 958.   Petitions for rehearing denied.

No. 90–1214.   WILLIAMSON *v.* ABILENE INDEPENDENT SCHOOL DISTRICT ET AL., 499 U. S. 937.   Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.   Petition for rehearing denied.

## MAY 22, 1991

No. A–886.   CUEVAS *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant the application for stay of execution in order to give the applicant time to file a petition for writ of certiorari and would grant the petition and vacate the death sentence in this case.

No. 90–8102 (A–885).   CUEVAS *v.* TEXAS.   Ct. Crim. App. Tex.   Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.   Certiorari denied.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.